# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0853
LT Case No. 16-2001-CA-2028

_____

DANNY CONLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Robert M. Foster, Judge.

Danny Conley, Arcadia, pro se.

James Uthmeier, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

February 12, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____